**Order entered November 6, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01097-CR

### DENVA JOSEPH STERLING, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 5
### Dallas County, Texas
### Trial Court Cause No. F13-62092-L

## ORDER

The Court **REINSTATES** the appeal.

On October 27, 2015, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On October 28, 2015, we received the reporter's record; however, court reporter Karren Jones did not file all of the exhibits with the record. Nevertheless, in the interest of expediting the appeal, we **VACATE** the October 27, 2015 order requiring findings.

We **ORDER** the reporter's record filed as of the date of this order.

We **ORDER** court reporter Karren Jones to file a supplemental record containing State's Exhibit nos. 41, 42, and 43, DVDs, within **FIVE DAYS** of the date of this order. If the supplemental record is not filed within the time specified, the Court will utilize its available

remedies, including ordering that Karren Jones not sit as a court reporter until she files the DVD exhibits in this appeal.

Appellant's brief is due within **FORTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Carter Thompson, Presiding Judge, Criminal District Court No. 5; Karren Jones, deputy official court reporter, Criminal District Court No. 5; and to counsel for all parties.

/s/     ADA BROWN
           JUSTICE